UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL A. MELLO

      v.                                                   CA 13-0335 ML

DIANE WEBSTER and STEVE MELLO

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Sullivan on May 10, 2013. I have reviewed the Report and Recommendation and I have considered Plaintiffs' objection. The Court agrees with the conclusions of the Magistrate Judge and adopts the Report and Recommendation in its entirety.

It is hereby ordered that Plaintiff's Complaint is DISMISSED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 14, 2013